IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RONNIE GIST, individually and on behalf of others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| ) | Civil No. 3:10-mc-0095 |
| v. ) ) | Judge Trauger |
| PILOT TRAVEL CENTERS, LLC, ) ) | |
| Defendant. ) | |

## **O R D E R**

The Request For Status Conference filed by the plaintiff (Docket No. 12) is **DENIED**.

The district court is withdrawing the reference of this Motion to Compel (Docket No. 1) from the Magistrate Judge and will be deciding it promptly.

The court apologizes for the delay.

It is so **ORDERED**.

ENTER this 8th day of September 2011.

_____
ALETA A. TRAUGER
U.S. District Judge